IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**Jeffrey K. Bartels  Del. ID # 2249**
**Kenneth William Richmond** *pro hac vice*   **Attorneys for Plaintiffs**
**401 South Maryland Avenue**
**Wilmington, DE 19804**
**302-995-6211**

Daniel Maldonado
1181 Paddock Road
Smyrna, DE 19967
       Plaintiff
    v
First Correctional Medical, Inc.
6861 North Oracle
P. O. Box 69370
Tucson, Arizona 85737-0015                    Civil Action No. 07-63
       Defendant
    and

Correctional Medical Services
12647 Olive Boulevard
St. Louis, MO 63141-9052
       Defendant
    and
Dr. Jose A. Aramburo, Jr., MD                 JURY TRIAL DEMANDED
13427 Worthington Roadl
Philadelphia, PA  19116
       Defendant
    and
Dr. Sitta Gombeh-Ali, MD
802 Ridge Court
Middletown, DE  19709
       Defendant
    and
Commissioner Stanley Taylor
Delaware Department of Corrections
Administration Building
245 McKee Road
Dover, Delaware 19904
       Defendant
    and

Joyce Talley, Bureau Chief of

Management Services
Delaware Department of Corrections
Administration Building
245 McKee Road
Dover, Delaware 19904
                Defendant

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission of Kenneth William Richmond to represent the Plaintiffs in this matter.

                ATTORNEY FOR THE PLAINTIFF

/s/_____
Jeffrey K. Bartels, Esq.
401 S. Maryland Avenue
Wilmington, DE 19804

## CERTIFICATION OF COUNSEL TO BE
## ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and the Third Circuit Court of Appeals, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed_____ March 23, 2007
Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, Pa  19103
215-523-9200 Office
215-840-3734 Cell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MALDONADO<br>　　　　　Plaintiff<br><br>v.<br><br>FIRST CORRECTIONAL<br>MEDICAL and DR. SITA<br>GOMBEH-ALI, ET AL.<br><br>　　　　　Defendants | Civil Action No. 07-63 |

O R D E R

At Wilmington, Delaware, this _____ day of March, 2007, the Motion of Jeffrey K. Bartels, Esquire for the Pro Hac Vice admission of Kenneth William Richmond, Esquire as Counsel for the Plaintiff is hereby GRANTED.

　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　JUDGE