## IN UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DANIEL MALDONADO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 07-63** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL,** | ) | **JURY OF 12 DEMANDED** |
| **INC., CORRECTIONAL MEDICAL** | ) | |
| **SERVICES, DR. JOSE A. ARAMBURO,** | ) | |
| **JR., M.D., DR. SITTA GOMBEH-ALI,** | ) | |
| **M.D., COMMISSIONER STANLEY** | ) | |
| **TAYLOR, JOYCE TALLEY, BUREAU** | ) | |
| **CHIEF,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring

Monzo, Esquire, as attorneys for defendant Jose Aramburo, M.D., in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect

to jurisdiction, venue, process, or service of process.

**McCULLOUGH & McKENTY, P.A.**


/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendant Jose Aramburo, M.D.

Dated: April 5, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DANIEL MALDONADO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 07-63** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL,** | ) | **JURY OF 12 DEMANDED** |
| **INC., CORRECTIONAL MEDICAL** | ) | |
| **SERVICES, DR. JOSE A. ARAMBURO,** | ) | |
| **JR., M.D., DR. SITTA GOMBEH-ALI,** | ) | |
| **M.D., COMMISSIONER STANLEY** | ) | |
| **TAYLOR, JOYCE TALLEY, BUREAU** | ) | |
| **CHIEF,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on this date the attached *Entry of Appearance* was served to the following:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, PA  19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendants Jose Aramburo, M.D.

Dated: April 5, 2007