IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL MALDONADO, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-63-*** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY OF 12 DEMANDED |
| INC., CORRECTIONAL MEDICAL | ) | |
| SERVICES, DR. JOSE A. ARAMBURO, | ) | |
| JR., M.D., DR. SITTA GOMBEH-ALI, | ) | |
| M.D., COMMISSIONER STANLEY | ) | |
| TAYLOR, JOYCE TALLEY, BUREAU | ) | |
| CHIEF, | ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant Jose Aramburo, Jr., M.D.


McCULLOUGH & McKENTY, P.A.                McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo                     /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*      Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                       Legal Arts Building
1225 King Street, Suite 1100              1225 King Street, Suite 1100
P.O. Box 397                              P.O. Box 397
Wilmington, DE 19899-0397                 Wilmington, DE 19899-0397
302-655-6749                              302-655-6749
Attorney for Defendant Aramburo           Attorney for Defendant Aramburo


Dated: June 13, 2007

## IN UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL MALDONADO, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-63-*** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, INC., CORRECTIONAL MEDICAL SERVICES, DR. JOSE A. ARAMBURO, JR., M.D., DR. SITTA GOMBEH-ALI, M.D., COMMISSIONER STANLEY TAYLOR, JOYCE TALLEY, BUREAU CHIEF, | ) ) ) ) ) ) ) ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals electronically:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, PA 19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007