AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | ~~[illegible]~~ 4/7/07 |
| NAME OF SERVER (PRINT)<br>E. William Hevenor | TITLE<br>_Individual Adult_ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _Thomas Alie, identified as_ _husband of Defendant Seta Gombeh Alie_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Sister of Defendant Jose Aramburo_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12¢ | $135-00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/07
              Date

Signature of Server: _E. William Hevenor_

Address of Server: 2 Horseshoe Lane, Paoli, PA 19301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.