UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL MALDONADO, | ) | |
| | ) | Case No. 07-063 MPT |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL INC., CORRECTIONAL MEDICAL SERVICES, STANLEY TAYLOR, JOYCE TALLEY, DR. SITTEH GOMBEH-ALI, DR. JOSE ARAMBURO, MD | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Correctional Medical Services. This entry of appearance is not a waiver of any defense available to defendant and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Correctional Medical Services, Inc.

Date:  January 22, 2008