# BALICK & BALICK LLC
### ATTORNEYS

January 30, 2008

Sidney Balick
Adam Balick
James Drnec
Joseph Naylor

**VIA EM/ECF FILING**
The Honorable Mary Pat Thynge
United States District Court
 for the District of Delaware
844 North King Street, Lockbox 8
Wilmington, DE 19801

    Re:   *Daniel Maldonado v. Correctional Medical Services, Inc., et al*
           *C.A. No. 07-63*

Dear Magistrate Judge Thynge:

    I represent the defendants Correctional Medical Services, Inc. and Sitta Gombeh-Alie, M.D. in the above-referenced matter. On January 18, 2008, the Court entered its Order setting a Rule 16 Scheduling Teleconference for February 12, 2008 at 11 a.m. Although I am, unfortunately, scheduled to be in trial that day, another attorney from this office can cover the teleconference on my clients' behalf, with the Court's permission.

    If the Court prefers that trial counsel be on this call, then I respectfully request that the teleconference be re-scheduled.

                                               Respectfully submitted,

                                               James E. Drnec
                                               (ID #3789)

JD/jz
cc:    Jeffrey K. Bartels, Esquire (via electronic filing)
        Marc P. Niedzielski, Esquire (via electronic filing)
        Daniel L. McKenty, Esquire (via electronic filing)