IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**Jeffrey K. Bartels  Del. ID # 2249**
**Kenneth William Richmond** *pro hac vice*   **Attorneys for Plaintiffs**
**401 South Maryland Avenue**
**Wilmington, DE 19804**
**302-995-6211**

| | |
|---|---|
| Daniel Maldonado<br>　　　　　Plaintiff<br>　　　v<br>First Correctional Medical, Inc.<br>　　　　　Defendant<br>　　　and<br>Correctional Medical Services<br>　　　　　Defendant<br>　　　and<br>Dr. Jose A. Aramburo, Jr., MD<br>　　　　　Defendant<br>　　　and<br>Dr. Sitta Gombeh-Ali, MD<br>　　　　　Defendant<br>　　　and<br>Commissioner Stanley Taylor<br>　　　　　Defendant<br>　　　and<br>Joyce Talley, Bureau Chief of<br>　　　　　Defendant | Civil Action No.  07-063 MPT<br><br>JURY TRIAL DEMANDED |

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission of Kenneth William Richmond to represent the Plaintiffs in this matter.

ATTORNEY FOR THE PLAINTIFF


/s/_____
Jeffrey K. Bartels, Esq.
401 S. Maryland Avenue
Wilmington, DE 19804

## CERTIFICATION OF COUNSEL TO BE
## ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and the Third Circuit Court of Appeals, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed_____ January 23, 2008
Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, Pa  19103
215-523-9200 Office
215-840-3734 Cell
kennyrichmond@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MALDONADO<br>            Plaintiff<br><br>      v.<br><br>FIRST CORRECTIONAL<br>MEDICAL and DR. SITA<br>GOMBEH-ALI, ET AL.<br><br>           Defendants | Civil Action No. 07-063 MPT |

O R D E R

At Wilmington, Delaware, this _____ day of _____, 2008 the Motion of Jeffrey K. Bartels, Esquire for the Pro Hac Vice admission of Kenneth William Richmond, Esquire as Counsel for the Plaintiff is hereby GRANTED.

                          /s/_____
                          JUDGE