IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MALDONADO, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-63-*** |
| FIRST CORRECTIONAL MEDICAL, INC., ET AL., | : |
| Defendants. | : |

## ORDER

At Wilmington this **7th** day of **February, 2008**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Tuesday, February 12, 2008 at 11:00 a.m. with Magistrate Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE