UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL MALDONADO, | ) | |
| | ) | Case No. 07-063 SLR |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL INC., CORRECTIONAL MEDICAL SERVICES, STANLEY TAYLOR, JOYCE TALLEY, DR. SITTEH GOMBEH-ALI, DR. JOSE ARAMBURO, MD | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, James E. Drnec, Esquire, hereby certify that on April 11, 2008, I caused two copies of the enclosed Defendant Dr. Sitta Gombeh-Alie's First Set of Interrogatories Directed to Plaintiff to be served via First Class Mail upon the following:

To:
Jeffrey K. Bartels, Esquire    Marc P. Niedzielski, Esquire
401 South Maryland Avenue      Department of Justice
Wilmington, DE 19804           820 N. French St.
                               Wilmington, DE 19801

BALICK & BALICK L.L.C.


    /s/ James E. Drnec
James E. Drnec (DE Bar # 3789)
711 King Street
Wilmington, DE 19801
(302) 658-4265
Attorneys for Dr. Sitta Gombeh-Alie