

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

June 10, 2008

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:   *Maldonado v. FCM, et al*, C.A. No. 07-63-SLR

Dear Judge Robinson:

      In reviewing the docket in the above matter, I discovered a number of items that I believe should be brought to the Court's attention.

      On February 8, 2008, Daniel McKenty, Esquire moved to withdraw as counsel for Jose A. Aramburo, Jr., M.D. (D.I. 21) Mr. McKenty had earlier substituted for Dana Spring Monzo, Esquire (D.I. 9) who had originally entered her appearance for Dr. Aramburo. (D.I. 7) However, on April 4, 2008, the Court entered an order withdrawing Mr. McKenty as counsel for **First Correctional Medical, LLC**, not Dr. Aramburo as requested in his motion. The docket reveals that First Correctional Medical, LLC is not named as a party in this matter, but First Correctional Medical, Inc. is named as a party and no one entered an appearance on its behalf.

      More troubling is that the motion filed by Mr. McKenty does not indicate that his former client Dr. Aramburo was served with the motion to discontinue his representation.

                                        Very truly yours,

                                        /s/ Marc P. Niedzielski
                                        Marc P. Niedzielski
                                        Deputy Attorney General

Cc:   Kenneth Richmond, Esquire (via electronic delivery)
       James Drnec, Esquire (via electronic delivery)
       Daniel McKenty, Esquire (via electronic delivery)