IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MALDONADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-63-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL INC, DR. JOSE A. ARAMBURO, JR., CORRECTIONAL MEDICAL SERVICES, DR. SITTA GOMBEH-ALI, STANLEY TAYLOR, and JOYCE TALLEY, | ) |
| | ) |
| Defendants. | ) |

# O R D E R

At Wilmington this 16th day of June, its having come to the attention of the court that the docket sheet for the above case was not accurate;

IT IS ORDERED that:

1. The docket does not reflect that service has been effected on defendant First Correctional Medical Inc. ("FCM"). Therefore, on or before **July 11, 2008,** plaintiff shall show cause why the complaint should not be dismissed as to FCM, pursuant to Fed. R. Civ. P. 4 (m).

2. Defendant Dr. Jose A. Aramburo, Jr. was served and has responded to the complaint. (D.I. 8, 11) Dr. Aramburo was an employee of FCM and his attorney of record, Daniel L. McKenty, Esquire, was retained through FCM. Mr. McKenty filed a motion to withdraw as attorney for Dr. Aramburo on the grounds that FCM was not

paying its bills or otherwise responding to litigation demands. The motion, essentially identical to papers filed by Mr. McKenty in other cases where he represented FCM itself, was granted by the court. (D.I. 21, 22) It has been correctly pointed out (D.I. 26), however, that there has been no formal notice of withdrawal to the individual defendant, Dr. Aramburo. (D.I. 21) Therefore, the court shall send to Dr. Aramburo, at the address noted on the affidavit of service (D.I. 11), copies of the complaint (D.I. 1), the answer filed on his behalf (D.I. 8), the motion to withdraw as counsel filed by Mr. McKenty (D.I. 21), the order granting the motion (D.I. 22, in which the court mistakenly construed the defendant as FCM), and this order.

                                                              _____
                                                              United States District Judge