**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DANIEL MALDONADO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 07-63-SLR |
| | : | |
| FIRST CORRECTIONAL MEDICAL, INC. | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| DR. JOSE A. ARAMBURO, JR., M.D. | : | |
| DR. SITTA GOMBEH-ALI, M.D. | : | |
| COMMISSIONER STANLEY TAYLOR, | : | |
| JOYCE TALLEY, BUREAU CHIEF, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

The undersigned certifies that on July 24, 2008 he caused medical records stamped DOC 003570 – DOC 003695 to be sent via e-mail and on August 1, 2008 he caused medical records stamped DOC 003000 – DOC 003569 to be sent via U.S. Mail on the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | | |
|---|---|---|
| Jeffrey K. Bartels, Esq. | Kenneth Richmond, Esq. | James Drnec, Esq. |
| 401 S. Maryland Ave. | Pro Hac Vice | Balick & Balick |
| Wilmington, DE 19804 | kennyrichmond@comcast.net | 711 N. King Street |
| outlaw1@rcn.com | | Wilmington, DE 19801-3503 |
| | | jdrnec@balick.com |

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
marc.niedzielski@state.de.us